**FILED**

**OCT 29 2025**



PETER A. MOORE, JR., CLERK
US DISTRICT COURT EDNC
BY _____ DEP CLK

**United States District Court**
Eastern District of North Carolina
Western Division

Case No. _____
(To be filled out by Clerk's Office only)

_____

_____    Inmate Number_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

[☑] 42 U.S.C. § 1983 (state, county, or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

[ ] Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Kendra Mansfield
Name

0739476
Prisoner ID #

NCCIW
Place of Detention

1634 Bragg st Raleigh N.C. 27610
Institutional Address

Raleigh | N.C. | 27610
City | State | Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

[ ] Pretrial detainee  [ ] State  [ ] Federal
[ ] Civilly committed detainee
[ ] Immigration detainee
[☑] Convicted and sentenced state prisoner
[ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: <u>Carlton</u>
Name

<u>Warden</u>
Current Job Title

<u>1034 Bragg st</u>
Current Work Address

<u>Raleigh</u>     <u>NC.</u>     <u>27410</u>
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☑ Both

Defendant 2: <u>Mr. Grodly  kitche Manage.</u>
Name

<u>Kitchen Manager</u>
Current Job Title

<u>1034 Bragg st</u>
Current Work Address

<u>Raleigh</u>     <u>NC.</u>     <u>27610</u>
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: **Sgt Stewart**
Name

Sgt in Eagle
Current Job Title

1034 Bragg
Current Work Address

Raleigh — N.C. — 27610
City — State — Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

Defendant 4: **Sta Whorley**
Name

Sgt in Eagle
Current Job Title

1034 Bragg st
Current Work Address

Raleigh — N.C. — 27610
City — State — Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

## V.  STATEMENT OF CLAIM

Place(s) of occurrence: __NCCIW__

Date(s) of occurrence: __July - August__

State which of your federal constitutional or federal statutory rights have been violated:

__Not access to kosher food cooked to standard - By my Religious Right__

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> [Who did what to you?]

My Kosher trays were burnt into, my food multiple occasions making them unedible - I had to go without eating. I wrote a Grievence and Mr Godly said it was the fault of the Kitchen workers. I had to change my diet thru medical cause only soy is offered and it upsets my stomach - Also denied a place to sit that was kosher in dining hall. Guards kept touching my food in Seg with unclean hands by multiple staff. Sgt Stewart, Sgt Worsley would not replace trays when came water logged or undercooked saying it wasn't there responsability.

| | |
|---|---|
| What happened to you? | I was denied edible food on my kosher trays - undercooked or burnt and hands that have not be blessed touched my food. Denied My 1st amendment right and my 8th, I stayed hungry Belly Aching Emotionally Distraught and taunted! |
| When did it happen to you? | While I have been incarcerated and locked in Segregation SCA02 Between July - Aug 25. Dates I can't recall My fellow kosher have dates! Multiple times - several |
| Where did it happen to you? | On the Grounds and in Segregation SCA02 NCCIW. 1034 Bragg st Raleigh N.C |

| What was your injury? | Going hungry and defiling my God as I understand Him. I'm practicing Judism & I would Go to sleep with Belly Growling and Hurting |
|---|---|

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No
    If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed? ☑ Yes ☐ No
    If no, explain why not:

_____

_____

_____

_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Make Amends and Just Cause why I had to endure and Compensate for Injurys said within injuction to offer no N Suy koscher to inmates and in the Monetary Amount of $20,000 for Compensation of Emotional & Mental and physical pain

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes  ☐ No

If yes, how many? 2

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

In Va
Staunton police dept & Mansfield
harrasment
MRRJ vs Mansfield
Injury to persons

Dropped them — Moot

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

Dated: Oct 24

Plaintiff's Signature: Kendra Mfld

Printed Name: Kendra Mansfield

Prison Identification #: 0739474

Prison Address: 1034 Bragg St
City: Raleigh
State: N.C.
Zip Code: 27610